UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN EDUARDO BELLO-RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 09-00884 JF <br><br> [Proposed] **ORDER CONTINUING SENTENCING HEARING TO FEBRUARY 3, 2010** |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from January 27, 2010, to February 3, 2010, at 9:00 a.m.

Dated: January __29__, 2010 nunc pro tunc to 1/27/10

_____
HONORABLE JEREMY FOGEL,
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING
No. CR 09-0084 JF                    1