UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN EDUARDO BELLO-RODRIGUEZ,<br><br>　　　　Defendant. | No. CR 09-00884 JF<br><br>[Proposed] **ORDER CONTINUING SENTENCING HEARING TO FEBRUARY 24, 2010** |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from February 3, 2010, to February 24, 2010, at 9:00 a.m.

Dated: ~~January~~ February 2 _____, 2010

_____
HONORABLE JEREMY FOGEL,
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING
No. CR 09-0084 JF                              1